UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER L. CIANCHETTA, an individual, RUBINA T. CIANCHETTA, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; NIELLO BAVARIAN AUTOMOBILES, INC. a business entity; and DOES 1 to 20, Inclusive, <br><br>Defendants. | Case No. 2:20-cv-00241-KJM-JDP <br><br>[*Removed from Sacramento County Superior Court Case No. 34-2019-00263205*] <br><br>**ORDER RE STIPULATED REQUEST TO MODIFY CASE MANAGEMENT AND PRETRIAL SCHEDULE** <br><br>Removal filed:   January 31, 2020 <br><br>Judges:   Hon. Kimberly J. Mueller and Hon. Magistrate Edmund F. Brennan |

ORDER

**ORDER**

Pursuant to stipulation, and for good cause shown, the stipulated request to modify the case management and pretrial schedule is GRANTED.

1. The case schedule will be modified as follows:

| | |
|---|---|
| Fact Discovery Cut-Off | May 31, 2021 |
| Expert Disclosures and Reports Due | June 30, 2021 |
| Rebuttal Expert Disclosures and Reports Due | July 30, 2021 |
| Expert Discovery Cut-Off | August 18, 2021 |
| Last Day to Hear Dispositive Motion | September 17, 2021 |

**IT IS SO ORDERED.**

DATED: April 5, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER