UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER L. CIANCHETTA, an individual, RUBINA T. CIANCHETTA, an individual, <br><br>Plaintiffs, <br><br>vs. <br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; NIELLO BAVARIAN AUTOMOBILES, INC. a business entity; and DOES 1 to 20, Inclusive, <br><br>Defendants. | Case No. 2:20-cv-00241-KJM-JDP <br><br>[*Removed from Sacramento County Superior Court Case No. 34-2019-00263205*] <br><br>**ORDER RE SECOND STIPULATED REQUEST TO MODIFY CASE MANAGEMENT AND PRETRIAL SCHEDULE** <br><br>Removal filed: January 31, 2020 <br><br>Judges: Hon. Kimberly J. Mueller and Hon. Magistrate Jeremy D. Peterson |

ORDER

**ORDER**

Pursuant to stipulation, and for good cause shown, the second stipulated request to modify the case management and pretrial schedule is GRANTED.

1. The case schedule will be modified as follows:

| | |
|---|---|
| Fact Discovery Cut-Off | June 30, 2021 |
| Expert Disclosures and Reports Due | July 30, 2021 |
| Rebuttal Expert Disclosures and Reports Due | August 31, 2021 |
| Expert Discovery Cut-Off | September 17, 2021 |
| Last Day to Hear Dispositive Motion | October 29, 2021 |

**IT IS SO ORDERED**

DATED: June 4, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE