UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER L. CIANCHETTA, an individual, RUBINA T. CIANCHETTA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; NIELLO BAVARIAN AUTOMOBILES, INC. a business entity; and DOES 1 to 20, Inclusive,<br><br>Defendants. | Case No. 2:20-cv-00241-KJM-EFB<br><br>[Removed from Sacramento County Sup. Ct. Case No. 34-2019-00263205]<br><br>**ORDER GRANTING PARTIES STIPULATION REGARDING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Assigned for all purposes to the Honorable Kimberly J. Mueller |

Pursuant to stipulation, and for good cause shown, the stipulated request regarding Plaintiffs' Motion Attorneys' Fees is GRANTED as follows:

1. Plaintiffs shall be deemed the prevailing party in this Action for purposes of recovering attorneys' fees, expenses, and costs by motion before this Court, pursuant to California Civil Code § 1794(d).

2. Plaintiffs will file a request for dismissal of this entire Action with prejudice with this Court within seven days after receipt of the attorneys' fees, expenses, and costs awarded by this Court pursuant to Plaintiffs' motion for attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

DATED: August 18. 2021.

CHIEF UNITED STATES DISTRICT JUDGE